IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02655-AP

SHAUN R. BECKER,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Frederick W. Newall #10269
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout Street, Suite 4169
Denver, CO  80294
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The parties do not dispute that the Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   **A.    Date Complaint Was Filed:  September 30, 2013**

   **B.    Date Complaint Was Served on U.S. Attorney's Office: October 17, 2013**

   **C.    Date Answer and Administrative Record Were Filed: January 28, 2014**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not raise any unusual claims or defenses.

**7.    OTHER MATTERS**

There are no other matters.

**8.     BRIEFING SCHEDULE**

      **A.     Plaintiff's Opening Brief Due:  March 28, 2014**

      **B.     Defendant's Response Brief Due:  April 28, 2014**

      **C.     Plaintiff's Reply Brief (If Any) Due: May 13, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiff's Statement: Plaintiff does not request oral argument.**

**B.     Defendant's Statement: Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 18th day of February, 2014.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

|  |  |
|---|---|
| APPROVED: | UNITED STATES ATTORNEY |
|  | John F. Walsh<br>United States Attorney |
| s/ Frederick W. Newall<br>Frederick W. Newall #10269<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>fnewall@qwestoffice.net<br>Attorney for Plaintiff | By: s/Allan D. Berger<br>     Special Assistant U.S. Attorney<br>     Social Security Administration, Region VIII<br>     Office of the General Counsel<br>     1961 Stout Street, Suite 4169<br>     303-844-2149<br>     303-844-0770 (facsimile)<br>     Allan.berger@ssa.gov<br>     Attorneys for Defendant |